### 1859.  KEITH *v.* THE STATE.

POWELL, J.  The only exception is to the legal sufficiency of the evidence. What purports to be a brief of the evidence is not approved by the trial judge.  There is an agreement of counsel as to its correctness; but as to this the statute requires, not the agreement of counsel, but the approval of the judge, and the one can not dispense with the necessity for the other.                                   *Judgment affirmed.*

Indictment for burglary, from Chatham superior court—Judge Charlton.  April 1, 1909.

Submitted May 18,—Decided June 15, 1909.

*William H. Boyd,* for plaintiff in error.
*Walter C. Hartridge, solicitor-general,* contra.